IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA,<br>   Plaintiffs,<br>vs.<br><br>JOSE G. AGUILERA NEGRETE, and ANDREA GALL,<br>   Defendants. | 4:19CR3117<br><br>**ORDER** |
|---|---|

Upon arraignment of defendant Negrete this date and entry of a plea of not guilty, and the waiver of arraignment filed by defendant Gall, (Filing No. 24),

IT IS ORDERED:

1) Defendant Negrete's oral motion to continue pretrial motion deadline for 60 days, (Filing No. 27), is granted.

2) **As to both defendants**, pretrial motions and briefs shall be filed on or before March 27, 2020.

3) **As to both defendants**, trial of this case is continued pending resolution of any pretrial motions filed.

4) The ends of justice served by granting the motion to continue outweigh the interests of the public and the defendant in a speedy trial, and **as to both defendants**, the additional time arising as a result of the granting of the motion, the time between today's date and March 27, 2020, shall be deemed excludable time in any computation of time under the requirements of the Speedy Trial Act, because although counsel have been duly diligent, additional time is needed to adequately prepare this case for trial and failing to grant additional time might result in a miscarriage of justice. 18 U.S.C. § 3161(h)(1), (h)(6) & (h)(7). Failing to timely object to this order as provided under this court's local rules will be deemed a waiver of any right to later claim the time should not have been excluded under the Speedy Trial Act.

January 29, 2020.

BY THE COURT:
*s/ Cheryl R. Zwart*
United States Magistrate Judge