IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiffs, | 4:19CR3117 |
| vs. | ORDER |
| JOSE G. AGUILERA NEGRETE, | |
| Defendants. | |

Pending before me is Defendant's motion for release on conditions, to include supervision by a third party custodian. (Filing No. 18).

As the court's prior detention order stated:

> the defendant has a criminal history of violating the law and court orders; violated conditions of release previously imposed by a court; is addicted to or abuses mood-altering chemicals and is likely to continue such conduct and violate the law if released; is not a United States citizen, is subject to an ICE detainer, and faces deportation. . . .

(Filing No. 18). At the time this order was entered, Defendant was facing four counts of methamphetamine possession with the intent to distribute. He is now facing those counts, plus a charge of possession of a firearm in furtherance of a drug trafficking crime. A grand jury found probable cause to support these charges, and as to the crimes alleged, detention is presumed.

Release to a third-party custodian provides some measure of assurance that defendant's release will not pose a risk of harm to the public or a risk of nonappearance. But upon consideration of the record as a whole, the court finds Defendant's release, even with the monitoring of a third-party custodian, will not sufficiently ameliorate the risks occasioned by Defendant's release.

Accordingly,

IT IS ORDERED: Defendant's motion for release, (Filing No. 18), is denied.

Dated this 16th day of April, 2020.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge