IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,

                    Plaintiffs,                          **4:19CR3117**

         vs.

                                                         **ORDER**

JOSE G. AGUILERA NEGRETE, and
ANDREA GALL,

                    Defendants.

Defendant Gall has filed a motion to suppress (Filing No. 50), and a motion to continue the trial, (Filing No. 53). A hearing needs to be held on the motion to suppress, and that motion will therefore not be resolved before the current trial date, September 14, 2020. The motion to continue is unopposed. Based on the showing set forth in the motion, the court finds the motion should be granted. Accordingly,

IT IS ORDERED:

1)      Defendant Gall's motion to continue, (Filing No. 53), is granted.

2)      The trial of this case is continued pending further order of the court.


Dated this 21st day of August, 2020.

                                        BY THE COURT:

                                        *s/ Cheryl R. Zwart*
                                        United States Magistrate Judge