IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiffs,<br><br>　vs.<br><br>JOSE G. AGUILERA NEGRETE,<br><br>　　　　　　　Defendant. | **4:19CR3117**<br><br>**ORDER** |

Defendant's retained counsel, James Martin Davis, passed away suddenly and therefore cannot represent Defendant at this time. Defendant is eligible for appointed counsel pursuant to the Criminal Justice Act, 18 U.S.C. §3006A, and the Amended Criminal Justice Act Plan for the District of Nebraska.

　IT IS ORDERED:

1)　On the court's own motion, James Martin Davis is withdrawn as counsel for the Defendant.

2)　The clerk shall delete James Martin Davis from any future ECF notifications herein.

3)　The clerk shall forward this memorandum and order to the Federal Public Defender.

4)　The Federal Public Defender for the District of Nebraska is appointed to represent the above named defendant in this matter. In the event that the Federal Public Defender accepts this appointment, the Federal Public Defender shall forthwith file an appearance in this matter. In the event the Federal Public Defender should decline this appointment for reason of conflict or on the basis of the Criminal Justice Act Plan, the Federal Public Defender shall forthwith provide the court with a draft appointment order (CJA Form 20) bearing the name and other identifying information of the CJA **A Panel** attorney

identified in accordance with the Criminal Justice Act Plan for this district.

5) The newly appointed counsel shall promptly file an entry of appearance on behalf of Defendant.

September 1, 2021.

BY THE COURT:

s/Cheryl R. Zwart
United States Magistrate Judge